
RECEIVED
IN MONROE, LA
OCT 18 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DAMIEN WILLIAMS | CIVIL ACTION NO. 06-1202 |
| VS. | JUDGE ROBERT G. JAMES |
| WARDEN, DAVID WADE CORR. CENTER | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 17 day of October, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE